BRYAN SCHRODER
United States Attorney

KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1 - 32 : |
| | ) AIDING AND ASSISTING IN |
| vs. | ) PREPARATION OF FALSE |
| | ) FEDERAL INDIVIDUAL INCOME |
| JOSE LUIS ARENAS, | ) TAX RETURNS |
| | )   Vio. of 26 U.S.C. § 7206(2) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges that:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this indictment:

1. The Internal Revenue Service ("IRS") was an agency of the United States within the Department of the Treasury of the United States and was responsible for enforcing and administering the tax laws of the United States.

2. The federal income tax system of the United States relies upon individuals—including those individuals engaged in the profession of preparing income tax returns—to truthfully, accurately, and timely report to the IRS income, expense, deduction, and credit information on individual income tax returns and accompanying schedules and forms.

3. Form 1040 was the standard federal income tax form used to report an individual's income.

4. Form 1040X was the standard federal income tax form used to amend the entries on a Form 1040.

5. Schedule A (entitled "Itemized Deductions") was a form filed with a federal individual income tax return to report certain itemized deductions. For taxpayers who itemize, medical and dental expenses and unreimbursed employee business expenses, and amounts paid for certain taxes, interest, contributions, and miscellaneous expenses may be deducted. Certain casualty and theft losses may also be deducted.

6. During the years 2013 through 2016, the defendant, JOSE LUIS ARENAS, was a resident of Anchorage, Alaska.

7. Beginning in or about 2013, the defendant, JOSE LUIS ARENAS, prepared tax returns for Alaska clients who paid him for his services.

8. For the tax years 2013 through 2016, the defendant, JOSE LUIS ARENAS, prepared false and fraudulent Forms 1040, along with accompanying forms and schedules, for other individuals, which fraudulently reduced the amount of federal income tax owed and/or fraudulently inflated the tax refunds.

## COUNTS 1-32

9. The Grand Jury re-alleges and incorporates the Introductory Allegations as though fully set out herein.

10. On or about the dates below, in the District of Alaska, the defendant, JOSE LUIS ARENAS, did willfully aid and assist in, procure, counsel, and advise in, the preparation and presentation to the IRS of materially false U.S. Individual Income Tax Returns, Forms 1040 and 1040X, and their accompanying schedules and forms, knowing that the items reported on the Forms 1040 and 1040X, and their accompanying schedules and forms were false in that they reported deductions and expenses that were greater than the taxpayer was allowed to claim under the law, as specified in the chart below:

| Count | Tax Year | Date of Offense | Name on Tax Return | False Items on Tax Return Form 1040, or Other Specified Form or Schedule |
|---|---|---|---|---|
| 1 | 2016 | 2/25/2017 | IANNA L MONTES | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $28,151 |
| 2 | 2015 | 4/2/2016 | EDIS E PENA | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $52,894 |
| 3 | 2016 | 2/6/2017 | EDIS E PENA | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $59,962 |
| 4 | 2016 | 3/2/2017 | YULI ANDUJAR-PENA | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $52,010 |
| 5 | 2016 | 2/19/2017 | JOSHUA K ALVEY | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $46,077 |
| 6 | 2015 | 2/3/2016 | ROBERTO C CERRATO | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $23,309 |
| 7 | 2016 | 2/2/2017 | ROBERTO C CERRATO | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $39,993 |
| 8 | 2015 | 5/18/2016 | ANGEL F MEDRANO | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $37,422 |
| 9 | 2016 | 1/27/2017 | ANGEL F MEDRANO | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $28,000 |
| 10 | 2016 | 2/12/2017 | NERIDO PAREDES-HENRIQUEZ | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $30,305 |

| Count | Tax Year | Date of Offense | Name on Tax Return | False Items on Tax Return Form 1040, or Other Specified Form or Schedule |
|---|---|---|---|---|
| 11 | 2016 | 2/26/2017 | JOEL PAREDES HENRIQUEZ | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $41.566 |
| 12 | 2015 | 4/20/2016 | LORENZO MORADO | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $39,742 |
| 13 | 2016 | 3/16/2017 | RAMON RODRIGUEZ AQUINO | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $42,215 |
| 14 | 2015 | 6/7/2016 | IRMA E MARTINEZ | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $37,809 |
| 15 | 2014 | 3/16/2015 | JOSE D SORIANO-GONZALEZ | 2014 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $18,246 |
| 16 | 2015 | 2/11/2016 | JOSE D SORIANO GONZALEZ | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $23,142 |
| 17 | 2016 | 3/10/2017 | JOSE D SORIANO GONZALEZ | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $27,998 |
| 18 | 2014 | 3/20/2015 | A SANCHEZ-ESPINOZA | 2014 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $23,742 |
| 19 | 2015 | 2/26/2016 | A SANCHEZ ESPINOZA | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $30,303 |
| 20 | 2016 | 2/14/2017 | A SANCHEZ ESPINOZA | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $32,947 |
| 21 | 2015 | 2/16/2016 | CAROLINA PEREZ ROA | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $29,299 |
| 22 | 2013 | 3/5/2014 | JOSE A VICTORIANO | 2013 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $18,673 |
| 23 | 2014 | 3/31/2015 | JOSE A VICTORIANO | 2014 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $44,448 |
| 24 | 2014 | 1/31/2015 | ALBERTO T HERCULES | 2014 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $14,693 |
| 25 | 2015 | 5/20/2016 | ALBERTO T HERCULES | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $40,386 |
| 27 | 2015 | 2/26/2016 | SANDRA J SOMOZA DE DE LLEO | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $19,552 |
| 28 | 2016 | 3/13/2017 | SANDRA J SOMOZA DE DE LEON | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $32,196 |
| 29 | 2014 | 2/23/2015 | RAMON A MERCADO ESCOTO | 2014 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $13,773 |

| Count | Tax Year | Date of Offense | Name on Tax Return | False Items on Tax Return Form 1040, or Other Specified Form or Schedule |
|---|---|---|---|---|
| 30 | 2015 | 3/2/2016 | ROSELIN DIAZ MERCADO | 2015 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $20,778 |
| 31 | 2016 | 2/22/2017 | RAMON A MERCADO | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $20,548 |
| 32 | 2016 | 2/23/2017 | HECTOR GOMEZ SANTIAGO | 2016 Form 1040 Schedule A, Line 1 – Medical and Dental expenses: $55,664 |

All of which is in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kimberly Sayers-Fay
KIMBERLY SAYERS-FAY
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE: 4-25-19